IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE L. REED,                              No. C-11-1195 TEH (PR)

        Plaintiff,

        v.                                    ORDER OF DISMISSAL

NEWPORT TOBACCO COMPANY,

        Defendant.

_____/

        Plaintiff, a pre-trial detainee presently housed at the Santa Rita (Alameda County) jail, and frequent litigant in federal court, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. Doc. #1. Plaintiff also seeks leave to proceed in forma pauperis, which the court GRANTS in a separate order. The action is now before the Court for initial screening pursuant to 28 U.S.C. § 1915A.

        Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint,

1  or any portion of the complaint, if the complaint "is frivolous,
2  malicious, or fails to state a claim upon which relief may be
3  granted," or "seeks monetary relief from a defendant who is immune
4  from such relief."  Id. § 1915A(b).  Pleadings filed by pro se
5  litigants, however, must be liberally construed.  Hebbe v. Pliler,
6  627 F.3d 338, 341–42 (9th Cir. 2010); Balistreri v. Pacifica Police
7  Dep't., 901 F.2d 696, 699 (9th Cir. 1990).
8        To state a claim under 42 U.S.C. § 1983, a plaintiff must
9  allege two essential elements:  (1) that a right secured by the
10 Constitution or laws of the United States was violated, and (2) that
11 the alleged violation was committed by a person acting under the
12 color of state law.  West v. Atkins, 487 U.S. 42, 48 (1988).
13       Here, Plaintiff has filed a civil rights action against a
14 tobacco company for his apparent addiction to nicotine.  Doc. #1 at
15 3.  Simply put, Plaintiff's allegations are insufficient to state a
16 cognizable claim for relief under 42 U.S.C. § 1983.  The action,
17 therefore, is DISMISSED with prejudice.
18       The Clerk is directed to terminate any pending motions as
19 moot and close the file.
20
21       IT IS SO ORDERED.
22
23 DATED   _04/07/2011_                _____
                                       THELTON E. HENDERSON
24                                     United States District Judge
25
26 G:\PRO-SE\TEH\CR.11\Reed-11-1195-order of dismissal.wpd
27
28                                 2